| | |
|---|---|
| 1 | BENJAMIN B. WAGNER <br> United States Attorney |
| 2 | BARBARA G. BORKOWSKI <br> Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 <br> Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-mj-0332-CKD |
|---|---|
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| ALVIN DANIELES, | ) |
| Defendant. | ) |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case No. 2:12-mj-0332-CKD is GRANTED. Accordingly, the Court Trial scheduled for February 1, 2013 is VACATED.

IT IS SO ORDERED.

Dated: January 24, 2013

/s/ Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge